**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jodell Martinelli; Stephanie Booth; Melia Perry; Abbigail King; Nicole Kersanty; and Ruth Ross, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> Petland, Inc.; and The Hunte Corporation, <br><br> Defendants. | No. CV-09-529-PHX-DGC <br><br> **ORDER** |

On August 7, 2009, the Court issued an order granting Defendants' motions to dismiss. Dkt. #49. The Court dismissed the complaint on the ground that it failed to meet the pleading requirements of the Federal Rules of Civil Procedure. *Id.* at 3-10. The Court dismissed the complaint without prejudice and gave Plaintiffs until August 29, 2009 to file an amended complaint. *Id.* at 10-11.

Plaintiffs have filed a motion for extension of time to file an amended complaint. Dkt. #50. The motion has been fully briefed. Dkt. ##51-52. The Court concludes that the requested two-week extension of time is reasonable, that Plaintiffs have shown good cause, and that Defendants will not be unfairly prejudiced. The Court will therefore grant Plaintiffs' motion.

**IT IS ORDERED:**

1. Plaintiffs' motion for extension of time to file amended complaint (Dkt. #50)

1         is **granted**.

2. Plaintiffs shall have until **September 11, 2009** to file an amended complaint.

DATED this 27th day of August, 2009.

_____
David G. Campbell
United States District Judge