# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JoDell Martinelli, et al., | No. CV-09-529-PHX-DGC |
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| Petland, Inc.; and The Hunte Corporation, | |
| Defendants. | |

Plaintiffs Karen Galatis and Elliot Moskow and Defendants have filed a stipulated dismissal with prejudice. Doc. 195.

**IT IS ORDERED** that the stipulation (Doc. 195) is **granted**. All claims asserted in this lawsuit are dismissed with prejudice. The Clerk is directed to terminate this matter.

Dated this 12th day of January, 2012.

David G. Campbell
United States District Judge